UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO CUAHONTE CALIXTO,<br><br>                          Petitioner,<br><br>         v.<br><br>TOD LYONS, et al.,<br><br>                          Respondents. | Case No. 5:26-cv-01359-SRM-AYP<br><br>**ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [2]** |

On March 23, 2026, Petitioner Edgardo Cuahonte Calixto's ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition," Dkt. 1) and an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause ("Application," Dkt. 2). Petitioner requests the court order Respondents to provide him with an individualized bond hearing before an immigration court or release him from their custody immediately. Dkt. 2 at 1-2.

Mr. Cuahonte Calixto's prolonged detention claim fails because he has not been detained for the minimum six-month period required for his detention to be considered prolonged. *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Dkt. 1 at 8.

However, on March 26, 2026, Respondents filed a Response to the Application, in which they state "Petitioner appears to be [a member] of the Bond Eligible Class certified

-1-

in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) reconsideration granted in part, --- F. Supp. 3d ---, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), and amended and superseded on reconsideration, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), and that "Petitioner's claims in this action as to his entitlement to a bond hearing appears to be subject to the *Bautista* judgment, the order enforcing the same, and to any applicable appellate proceedings relating to it." Dkt. 7 at 2-3. Respondents, thus, appear to concede this court may order them to provide Petitioner with an individualized bond hearing "consistent with what [c]ourts in this District have generally ordered in similar cases, which is to require such a hearing be held within seven (7) days." *Id.*

Accordingly, consistent with the Response to the Application and the orders in *Maldonado Bautista*, No. 5:25-cv-01873-SSS-BFM, the court GRANTS the Application and ENJOINS Respondents from: (1) continuing to detain Petitioner unless he is provided with an individualized bond hearing where the government bears the burden to prove danger or flight risk by clear and convincing evidence before an immigration court, pursuant to 8 U.S.C. § 1226(a), within seven (7) days of the date of this Order; and (2) transferring, relocating, or removing Petitioner from the Central District of California pending the final resolution of this action, absent further order by this court. Respondents shall file proof of Petitioner's individualized bond hearing or release from detention within ten (10) days of this Order.

**IT IS SO ORDERED.**

Dated: June 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-